# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 22 CR 1880-JLS |
| Plaintiff, | |
| vs. | **ORDER** |
| MARCOS SANCHEZ, | |
| Defendant | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/ trial setting for Defendant GILBERTO GUZMAN-SANCHEZ be continued from September 23, 2022, at 1:30 p.m. to October 28, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: September 21, 2022

Hon. Janis L. Sammartino
United States District Judge